UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-cr-288-MSS-SPF

18 U.S.C. § 1040

SHELBY SIGLER

JUN 10 2025 PM 2:03
FILED - USDC - FLMD - TPA

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Fraud In Connection With Major Disaster or Emergency Benefits)**

Beginning on or about November 15, 2023, and continuing through on or about January 31, 2024, in the Middle District of Florida, and elsewhere, the defendant,

SHELBY SIGLER,

knowingly made a materially false, fictitious, and fraudulent statement and representation, and made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, and said benefit being a record, voucher, payment, money, and thing of value of the United States and of the Federal Emergency Management ("FEMA"), a department and agency of the United States, in connection with a major disaster declaration under Title 42 of the United States Code, in that the

defendant knowingly made a fraudulent application for assistance from FEMA's Individuals and Households Program for Hurricane Idalia in which the defendant falsely represented, and provided fraudulent documentation for, funds related to housing assistance and other needs assistance.

In violation of 18 U.S.C. §§ 1040(a)(2) and (b)(3) and 2.

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Gregory D. Pizzo
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
June 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHELBY SIGLER

## INDICTMENT

Violations: 18 U.S.C. § 1040

A true bill,

███████████████████████████

_____
Foreperson

Filed in open court this 10th day

of June 2025.

*Eric Calderon*
_____
Clerk

Bail $_____

GPO 863 525