UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-288-MSS-SPF

SHELBY SIGLER

# UNITED STATES' SENTENCING MEMORANDUM

The United States files this sentencing memorandum in support of a sentence for Defendant Shelby Sigler of 27 months' imprisonment, as calculated under the United States Sentencing Commission 2025 Guidelines Manual. In support thereof, the United States submits the following:

## I. Factual Background

Beginning in November 15, 2023, and continuing through January 31, 2024, Sigler knowingly and intentionally made materially false, fictitious, and fraudulent statements and representations to the Federal Emergency Management Administration ("FEMA") in connection with a major disaster declaration under Title 42 of the United States Code. More specifically, Sigler knowingly submitted a fraudulent application for assistance from FEMA's Individuals and Households Program for Hurricane Idalia in which she falsely represented she was entitled to receive housing assistance and other needs assistance.

On November 15, 2023, Sigler submitted an application to FEMA for disaster assistance for a dwelling she resided in located in New Port Richey, Florida. In the application she claimed that she rented the damaged dwelling and that it sustained

damage due to Hurricane Idalia on or about August 27, 2023, and as a result, the dwelling was no longer habitable. During the application and review process, Sigler submitted to FEMA various false and fraudulent records and receipts to induce FEMA to transfer money from FEMA's Individuals and Households Program to her personal bank account. Those records included fraudulent hotel, house rental, and storage unit receipts, which she claimed showed that she was displaced from her dwelling and was due compensation. An investigation by the Department Homeland Security-Office of Inspector General ("DHS-OIG") revealed that the receipts were fabricated. Electricity usage records also revealed consistent wattage usage at the home during the period Sigler was supposedly displaced from her residence. DHS-OIG agents interviewed Sigler's neighbors who confirmed they saw no damage from the hurricane in the area.

Because of Sigler's false and fraudulent statements and representations about material facts, FEMA paid her $26,231 in disaster assistance funds she was not entitled to receive. An analysis of Sigler's bank accounts revealed she did not spend the FEMA funds on hotels, house rentals, or a storage unit. Indeed, most of Sigler's spending was on various daily-living activities and peer-to-peer mobile transactions to various individuals.

## II. Sentencing Guidelines Calculation

### a. Total Offense Level

The United States Probation Office ("USPO") correctly calculated Sigler's total offense level as 11 and her criminal history as a category VI. PSR ¶ 87. Based upon a total offense level of 11 and a criminal history category of VI, the guideline imprisonment range is 27 months to 33 months. *Id*. The maximum statutory fine is $250,000, pursuant to 18 U.S.C. § 3571(d). PSR ¶ 94. The guideline fine range for a total offense level of 11 is $4,000 to $40,000 pursuant to USSG § 5E1.2. PSR ¶ 96. Sigler does not appear to have the financial ability to pay a fine and the government is not requesting the Court to impose one.

## III. Section 3553(a) Factors and Recommendation for a Reasonable Sentence

The United States submits that an imprisonment sentence calculated under the United States Sentencing Commission 2025 Guidelines Manual is appropriate given the nature and circumstances of the offense, the need for the sentence imposed to reflect the seriousness of the offense, to afford adequate deterrence to criminal conduct, and other factors under 18 U.S.C. § 3553(a).

Sigler's criminal history is lengthy and likely, in part, the result of her substance abuse and mental health issues over the past 15 years. Her past convictions are significant and include sale of oxycodone, disorderly conduct, possession of drug paraphernalia, failing to appear for court, petit and grand theft, introduction of drugs into the jail, battery, possession of methamphetamine, trespass, grand theft motor

vehicle, possession with intent to sell narcotics, fraudulent use of identification information, and possession of an unauthorized driver's license. While the government can appreciate Sigler's efforts to confront her personal issues, it does not erase her persistent criminal behavior and the theft of government funds appropriated for victims displaced by a major disaster.

By August 2024, federal grants, flood insurance settlements and low-interest disaster loans to Floridians reached $843 million statewide because of Hurricane Idalia.[1] In the Tampa Bay area, FEMA provided $29 million in disaster grants for housing and rental assistance to 35,400 households. *Id.* Sigler exploited this government-funded loan application process designed to help those displaced because of significant damage to one's home. Her fraudulent scheme required careful planning, including the creation of multiple fraudulent documents to induce FEMA to release the funds. After receiving the FEMA money, Sigler squandered it. An imprisonment sentence is well-warranted.

The United States requests a sentence for Sigler of 27 months' imprisonment because it is an appropriate sentence to reflect the nature and circumstances of the offenses, affords adequate deterrence to criminal conduct, and complies with other 3553(a) factors.

---

[1] *See* "One Year Later: Hurricane Idalia Recovery Along Florida's Suncoast," last updated August 28, 2024, https://www.fema.gov/fr/node/683891.

## IV. Conclusion

For the reasons set forth above, the United States submits a sentence of 27 months' imprisonment is an appropriate and reasonable sentence for the defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Gregory D. Pizzo*__________
Gregory D. Pizzo
Assistant United States Attorney
FL Bar No. 41914
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
E-Mail: Gregory.pizzo@usdoj.gov

**U.S. v. SIGLER** **Case No. 8:25-cr-288-MSS-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Adam Allen, Esq.

*/s/ Gregory D. Pizzo*
Gregory D. Pizzo
Assistant United States Attorney
FL Bar No. 41914
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-Mail: Gregory.pizzo@usdoj.gov